## Second Department, August, 1935.

In the Matter of the Application of JEROME G. AMBRO, Appellant, for an Order of Mandamus against JOHN J. DORMAN, as Chairman, and JOHN J. CALLAHAN, as Secretary, of the County Committee of the Democratic Party of Kings County, and S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, Respondents.— Motion for a hearing on the merits granted. Present — Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ.

In the Matter of the Application of JEROME G. AMBRO, Appellant, for an Order of Mandamus against JOHN J. DORMAN, as Chairman, and JOHN J. CALLAHAN, as Secretary, of the County Committee of the Democratic Party of Kings County, and S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion for a peremptory mandamus order directing John J. Dorman, as chairman, and John J. Callahan, as secretary, of the county committee of the Democratic party of Kings county, to authenticate and file with the board of elections the list of election inspectors submitted from the nineteenth Assembly district of Kings county by the petitioner, Jerome G. Ambro, unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ.

## First Department, September, 1935.

In the Matter of the Application of LEONARD HARRIS, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and Others, Respondents, for an Order Enjoining Those of the Respondents Constituting the Board of Elections from Printing or Placing on the Ballots of the Next Primary Election, etc., the Names of the Respondent Candidates for Party Position of County Committeeman of the Democratic Party of the Thirty-eighth Election District of the Seventh Assembly District of the County and City of New York.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of EDWARD H. BECK, Respondent, etc., for an Order to Enjoin the BOARD OF ELECTIONS from Giving a Preference on the Primary Day Ballot for Those Candidates for County Committee, Democratic Party, etc. DEMOCRATIC COUNTY COMMITTEE OF THE EIGHTEENTH ASSEMBLY DISTRICT, NEW YORK COUNTY, Intervenor, Appellant.— Order reversed, without costs, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes for affirmance. [156 Misc. 790; App. Div. revd., 268 N. Y. 617.]

In the Matter of the Application of DAVID A. MAHONEY, Appellant, etc., for an Order to Invalidate and Declare Null and Void the Designating Petition Filed by or on Behalf of Certain Candidates for Members of Democratic County